In Re: ELIZABETH K DELOZIER  JASON R DELOZIER

Case Number: HG12-00333  *001A*

Proceeds of uncashed check issued in this case in which the final distribution was made more than 90 days earlier. Unclaimed Funds

Original Payee:  ELIZABETH & JASON DELOZIER
2437 PARKVIEW ST SW
WYOMING, MI 49519

,

Account Number:

Check Amount: $10,482.57

Date: November 20, 2012

Brett N. Rodgers, Trustee
50 Louis St NW Ste 700
Grand Rapids, MI  49503

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 252235      -- DR

November 21, 2012
12:39:37

**UNCLAIMED FUNDS**
**12-00333**

Debtor.: ELIZABETH K. DELOZIER
Judge..: Jeffery R. Hughes
Trustee: BRETT RODGERS
Amount.:            $10,482.57 CH
Check#.: 749663

Total-> $10,482.57

FROM: BRETT RODGERS

FILED
2012 NOV 21 AM 10:33
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST OF MICH